THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jamul Ratub El, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-140686

―――――――――

**ON WRIT OF CERTIORARI**

―――――――――

Appeal From York County
Lee S. Alford, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2012-MO-038
Submitted September 20, 2012 – Filed October 10, 2012

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Appellate Defender Susan B. Hackett, of South Carolina Commission on Indigent Defense, of Columbia, for Appellant.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General J. Rutledge Johnson, all of Columbia, for Respondent.

————————

**PER CURIAM:**   We granted a writ of certiorari to review the denial of Petitioner's application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**